No. 409. Los Angeles Herald Examiner, a Division of Hearst Corp., et al. v. San Francisco-Oakland Newspaper Guild et al. C. A. 9th Cir. Certiorari denied. *Charles G. Bakaly, Jr.,* for petitioners. *Stephen Reinhardt* and *George E. Bodle* for San Francisco-Oakland Newspaper Guild et al., and *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for Kennedy, respondents.

No. 412. Glavin et al. v. United States. C. A. 9th Cir. Certiorari denied. *G. G. Baumen* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 415. Ebbert et al. v. Brenner, Commissioner of Patents. C. A. D. C. Cir. Certiorari denied. *John A. Blair* for petitioners. *Solicitor General Griswold* for respondent.

No. 249, Misc. Thomas v. United States. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 369, Misc. Clay et al. v. United States. C. A. 8th Cir. Certiorari denied. *William H. Bowen* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 521, Misc. Failla v. California et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.